**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ABEL LONGORIA,<br><br>      Defendant. | **No. 07-CR-4005-DEO**<br><br>**ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA AND SCHEDULING SENTENCING HEARING** |

### I. INTRODUCTION AND BACKGROUND

On January 25, 2007, a one Count Indictment (Docket No. 2, 01/25/2007) was returned against defendant Abel Longoria. Count 1 of that Indictment charges that on or about January 22, 2007, in the Northern District of Iowa, that defendant Abel Longoria, an alien who had been previously removed and deported on February 12, 2003, was found, knowingly and unlawfully, in the United States, in Woodbury County, Iowa, after re-entering the United States without first obtaining the consent to apply for readmission into the United States from either the United States Attorney General or Secretary for Homeland Security, all in violation of Title 8, United States Code, Section 1326(a).

The Indictment provided notice that Abel Longoria was convicted on December 4, 2002, in the Iowa District Court for

Woodbury County, of forgery, a felony, and sentenced to 2 years in prison.  Pursuant to Title 8, United States Code, Section 1326(b), this prior conviction increases the maximum statutory sentence that can be imposed upon a conviction for this charge.

On February 21, 2007, defendant Abel Longoria appeared before United States Chief Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Indictment.  On the same date, Chief U.S. Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 14, 02/21/2007) in which he recommends that defendant Abel Longoria's guilty plea be accepted.  No objections to Chief Magistrate Judge Zoss's Report and Recommendation were filed.  The Court, therefore, undertakes the necessary review of the recommendation to accept defendant Abel Longoria's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

2

> A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 14), and accepts defendant Abel Longoria's plea of guilty in this case to Count 1 of the Indictment filed on January 25, 2007 (Docket No. 2).

**IT IS FURTHER HEREBY ORDERED** that the sentencing hearing of defendant Abel Longoria shall take place before this Court on **Thursday, June 7, 2007, at 2:30 p.m.**

**IT IS SO ORDERED** this 27th day of April, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa